IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOURCEPROSE CORPORATION § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | | CIVIL ACTION NO. |
| § | | 2-04CV-265 |
| § | | |
| THE FIRST AMERICAN CORPORATION, ET AL § | | JURY DEMANDED |
| § | | JUDGE WARD |
| § | | |
| Defendants § | | |

**PLAINTIFF'S NOTICE OF ORDER**

Plaintiff, SourceProse Corporation ("SourceProse"), files this Notice of Order and respectfully states as follows:

1. SourceProse would request that the Court take notice of an Order entered on November 17, 2004 by Judge Folsom in a patent infringement case pending in the Marshall Division of the Eastern District of Texas, *DataTreasury Corporation v. Small Value Payments Co.*, 2:04-CV-85-DF. The issue ruled on by Judge Folsom was whether venue and jurisdiction were proper over a defendant who alleged that it only infringed a patent, if at all, in a district other than this one. This Order is attached to this Notice as *Exhibit A*.

2. While not binding, Plaintiff would submit that this Order in *Exhibit A* is instructive on issues very similar to those raised in the present case by The First American Defendants, through their Motion to Dismiss and to Transfer, and the parties' subsequent Motions and briefing in response. SourceProse would respectfully request that this Court take notice of the Order in *Exhibit A* to the extent it is helpful in this matter.

Respectfully Submitted,

**NIX, PATTERSON & ROACH, LLP**
2900 Saint Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile: 903.223.8520

BY: _____/s/_____
MICHAEL B. ANGELOVICH
ATTORNEY-IN-CHARGE
Texas State Bar Number: 00785666
mangelovich@nixlawfirm.com
BRADY PADDOCK
Texas State Bar Number: 00791394
bpaddock@nixlawfirm.com
ANTHONY K. BRUSTER
Texas State Bar Number: 24036280
akbruster@nixlawfirm.com

**CAMERON M. SPRADLING**
Oklahoma Bar Number 8509
1503 NW 38th St.
Oklahoma City, Oklahoma 73118
Ph: 405-604-0989
Fax: 405-602-3833
cameronspradling@cox.net

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on the following by facsimile on this 2 day of December 2004 (unless otherwise indicated):

                _____/s/_____
                Anthony Bruster

| | | |
|---|---|---|
| Mark Calhoun<br>Sanford E. Warren, Jr.<br>Diane K. Lettelleir<br>Daniel F. Perez<br>R. Scott Rhoades<br>**Winstead Sechrest & Minick P.C.**<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270-2199<br><br>Attorneys for the Fidelity Defendants | William B. Dawson<br>Scott W. Breedlove<br>**Vinson & Elkins, L.L.P.**<br>3700 Trammell Crow Ctr.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br><br>Attorneys for the First American Defendants | John P. Pinkerton<br>**Hunton & Williams**<br>Energy Plaza<br>30th Floor<br>1601 Bryan Street<br>Dallas, Texas 75201<br><br>Attorneys for the LandAmerica Defendants |

# EXHIBIT A