IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOURCEPROSE CORPORATION<br>　　　　Plaintiff,<br><br>vs.<br><br>THE FIRST AMERICAN CORPORATION;<br>FIRST AMERICAN FLOOD DATA<br>SERVICES, INC.; FIRST AMERICAN REAL<br>ESTATE SOLUTIONS OF TEXAS, L.P.;<br>FIRST AMERICAN REAL ESTATE<br>SOLUTIONS, L.P.; FIRST AMERICAN REAL<br>ESTATE INFORMATION SERVICES, INC.; FIRST<br>AMERICAN FLOOD HAZARD<br>CERTIFICATION, L.L.C. f/k/a<br>TRANSAMERICA FLOOD HAZARD<br>CERTIFICATION, INC.;<br>FIDELITY NATIONAL FINANCIAL, INC.;<br>FIDELITY NATIONAL INFORMATION SERVICES,<br>INC.; FNIS FLOOD SERVICES, L.P. d/b/a LSI<br>FLOOD SERVICES f/k/a FIDELITY  NATIONAL<br>FLOOD SERVICES, INC.; FIDELITY<br>INFORMATION SERVICES; GEOTRAC, INC.;<br>LANDAMERICA FINANCIAL GROUP, INC.;<br>LANDAMERICA TAX AND FLOOD SERVICES,<br>INC. f/k/a LERETA CORPORATION or f/k/a<br>LANDAMERICA LERETA,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:04-CV-00265-TJW<br><br>JURY TRIAL REQUESTED |

## JOINT CLAIM CONSTRUCTION
## AND PREHEARING STATEMENT

In compliance with the Court's Patent Rule 4-3, the parties hereby submit this Joint Claim

Construction and Prehearing Statement and accompanying Exhibits 1 – 5.

**I.      Construction of Claim Terms, Phrases, or Clauses on Which the Parties Agree**

In compliance with Patent Rule 4-3(a), the parties have identified in attached Exhibits 1, 2, and 3 the construction of those terms, phrases, or clauses on which they agree for U.S. Patents No. 6,631,326, No. 6,678,615 and No. 6,842,698, respectively.

**II.     Proposed Claim Constructions for Disputed Claim Terms, Phrases, or Clauses**

In compliance with Patent Rule 4-3(b), the parties have identified in attached Exhibits 1, 2, and 3, the parties' respective proposed construction of each disputed claim term, phrase, or clause for U.S. Patents No. 6,631,326, No. 6,678,615 and No. 6,842,698, respectively, and have also identified all references from the specification or prosecution histories of, and patents or patent applications incorporated by reference by, U.S. Patents No. 6,631,326, No. 6,678,615 or No. 6,842,698 that support the parties' constructions and an identification of extrinsic evidence upon which the parties intend to rely upon to support their proposed constructions or to oppose the respective other party's proposed constructions.

Plaintiff has included in Exhibit 4 the extrinsic evidence upon which Plaintiff intends to rely upon to support its proposed constructions or oppose Defendants' proposed constructions.

Defendants have included in Exhibit 5 the extrinsic evidence and excerpts of the intrinsic evidence not previously before the Court, including excerpts from patents or patent applications incorporated by reference in U.S. Patents No. 6,631,326, No. 6,678,615 and No. 6,842,698 and the prosecution histories, upon which Defendants intend to rely to support their proposed constructions or oppose Plaintiff's proposed constructions.

### III. Anticipated Length of Time Necessary for the Claim Construction Hearing

Plaintiff anticipates that a hearing of three hours would be sufficient for construing those terms Plaintiff and Defendants have identified as requiring constructions. Defendants anticipate that a hearing of four to six hours would be sufficient for construing those terms Defendants and Plaintiff have identified as requiring construction.

### IV. Identification of Witnesses

Plaintiff reserves the right to call the following witnesses at the Claim Construction Hearing:

John Howard may testify as an expert witness as to the level of education and experience of a person of ordinary skill in the art (POSA) and how a POSA would understand various terms of art in the relevant field. Mr. Howard may testify with regard to the state of the art the technology relevant to the patents in suit.

Defendants reserve the right to call the following witnesses at the Claim Construction Hearing:

> Dr. Carol J. Miller
> Professor, Department of Civil and Environmental Engineering
> Wayne State University
> Detroit, Michigan

Dr. Miller will testify about the technology and engineering discussed and utilized in the patents-in-suit. Dr. Miller will not offer opinion testimony about the meaning of particular claims or claim terms. Dr. Miller's testimony will focus on factual information known to persons of skill in the art of engineering, and more particularly civil engineering, during the 1980s and 1990s time period.

Dr. Miller's testimony will include description and discussion of the following engineering topics: the performance of flood insurance investigations and studies; site drainage and waterway analyses and studies; preparation of flood zone maps designating flood zone indicated geographic

areas; preparation of FEMA flood zone maps designating flood zone indicated geographic areas; assignment of a flood zone classification to the flood zone indicated area including the analysis of the topography of the flood zone indicated area, associated wetlands, site drainage of the flood zone indicated area, and flood zone classifications of adjacent geographic areas; methods for facilitating flood zone determinations and the use of those methods during the 1980s and 1990s time period; methods for geocoding particular land areas or parcels and the use of those methods during the 1980s and 1990s time period; methods for georeferencing maps and the use of those methods during the 1980s and 1990s time period; and methods for facilitating creation of flood zone certifications based upon the determination of the flood zone for geographic area and the use of those methods during the 1980s and 1990s time period.

### V. Other Issues

The parties are unaware of any other issues that should be taken up at a prehearing conference prior to the Claim Construction Hearing.

Respectfully submitted,

**SLATER & MATSIL, L.L.P.**

_____/s/_____
STEVEN H. SLATER
Texas State Bar No. 00784985
SLATER & MATSIL, L.L.P.
17950 Preston Road
Suite 1000
Dallas, Texas 75252
slater@slater-matsil.com
Telephone: 972-732-1001
Facsimile: 972-732-9218


/s/ by permission
MARK CALHOUN
Texas Bar No 03641500
R. Scott Rhoades
Texas Bar No 90001757
Sanford E. Warren, Jr.
Texas Bar No 20888690
Diane K. Lettelleir
Texas Bar No 12241525
Daniel F. Perez
Texas Bar No 15776380
WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone: 214-745-5400
Telecopier: 214-745-5390
**ATTORNEY FOR FIDELITY DEFENDANTS**


/s/ by permission
JOHN P. PINKERTON
Texas Bar No 16016700
GARDERE WYNEE SEWELL, LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone:  214-999-4724
Telecopier:  214-999-4667
**ATTORNEY FOR LANDAMERICA DEFENDANTS**

<u>/s/ by permission</u>
WILLIAM B. DAWSON
Texas Bar No 05606300
David E. Killough
Texas Bar No 24030903
VINSON & ELKINS, LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: 214-220-7700
Telecopier: 214-220-7716
**ATTORNEY FOR FIRST AMERICAN DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing document to be sent to all counsel of record by the Electronic Case Filing System of the Eastern District of Texas on this 5th day of July, 2005.

                              _____/s/_____
                              Steven H. Slater

| | | |
|---|---|---|
| Mark Calhoun | William B. Dawson | John P. Pinkerton |
| Sanford E. Warren, Jr. | Scott W. Breedlove | **Gardere, Wynne, Sewell, LLP** |
| Diane K. Lettelleir | **Vinson & Elkins, L.L.P.** | **3000 Thanksgiving Tower** |
| Daniel F. Perez | 3700 Trammell Crow Ctr. | 1601 Elm Street |
| R. Scott Rhoades | 2001 Ross Avenue | Dallas, Texas 75201 |
| **Winstead Sechrest & Minick P.C.** | Dallas, Texas 75201 | |
| 5400 Renaissance Tower | | Attorneys for LandAmerica Defendants |
| 1201 Elm Street | Attorneys for the First American Defendants | |
| Dallas, Texas 75270-2199 | | |
| | | |
| Attorneys for the Fidelity Defendants | | |