IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOURCEPROSE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE FIRST AMERICAN CORPORATION, et al.,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 2-04CV-265<br><br>JURY DEMANDED |

# ORDER GRANTING
## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY DUE TO ON-SALE BAR

Before the Court is the Motion of Fidelity National Financial, Inc., Fidelity National Information Services, Inc., FNIS Flood Services, L.P. d/b/a LSI Flood Services, Fidelity Information Services, and Geo Trac, Inc. (collectively "Defendants") for an extension of time to file their Reply in support of their Motion for Summary Judgment of Invalidity Due to On-Sale Bar. After careful consideration, the motion is GRANTED.

The deadline for Defendants to file their Reply in support of their Motion for Summary Judgment of Invalidity Due to On-Sale Bar is EXTENDED to and including February 28, 2006.

SIGNED this 21st day of February, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

{A35\7359\0001\W0299744.1 }