IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| SOURCEPROSE CORPORATION | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-265 |
| THE FIRST AMERICAN CORP., ET AL. | § | |

## **ORDER**

The parties having announced a settlement of this case, it is ordered that all pending motions are denied as moot.

SIGNED this 30th day of March, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE