IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOURCEPROSE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2-04CV-265 |
| | § | |
| THE FIRST AMERICAN CORPORATION, | § | |
| et al., | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

**ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation filed by the Parties,

It is therefore ORDERED, ADJUDGED and DECREED that this action is dismissed as to all claims and all counterclaims and causes of action, with prejudice.

It is further ORDERED, ADJUDGED and DECREED that all costs of Court and attorneys' fees incurred herein by the parties shall be borne by the party incurring same.

SIGNED this 25th day of April, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE